Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| Anastasiia MARCHUK, Yipeng WANG, Weiguo WANG, Xiuling WEI, <br><br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> Jingping LONG <br><br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ✔ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Anastasiia MARCHUK |
   | Street Address | 1104 Palisade Avenue, Apartment 5K |
   | City and County | Union City |
   | State and Zip Code | NJ, 07087 |
   | Telephone Number | +1(202) 922 2002 |
   | E-mail Address | contact@irisinvest.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name: Jingping LONG

    Job or Title (if known):

    Street Address: 17 Grand Hill Drive

    City and County: Dover

    State and Zip Code: MA, 02030

    Telephone Number: +1 (508) 479 6174

    E-mail Address (if known): Longjp@hotmail.com ; jingping.Long@gmail.com

Defendant No. 2

    Name:

    Job or Title (if known):

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address (if known):

Defendant No. 3

    Name:

    Job or Title (if known):

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address (if known):

Defendant No. 4

    Name:

    Job or Title (if known):

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Anastasiia MARCHUK, is a citizen of the State of *(name)* New Jersey.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* Jingping LONG, is a citizen of the State of *(name)* Massachusetts. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

Defendant's defamatory statements have caused severe damage to Plaintiffs' reputations, impacting their personal lives & potential professional opportunities. The scale of defamation, with posts spread across numerous online platforms, amplifies the harm caused. Many of the posts remain online, causing ongoing damage. Plaintiffs have suffered severe emotional & physical distress, resulting in medical expenses & the need for ongoing treatment.

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See additional pages attached

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See additional pages attached

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/23/24

Signature of Plaintiff
Printed Name of Plaintiff   Anastasiia MARCHUK

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Print    Save As...    Add Attachment    Reset

**Anastasiia MARCHUK, Yipeng WANG, Weiguo WANG, Xiuling WEI**, Plaintiffs,

vs.

**Jingping LONG**, Defendant.

## STATEMENT OF CLAIM

### Parties

1. Plaintiff, Anastasiia MARCHUK, is a resident of 1104 Palisade Avenue, Apartment 5K, NJ, 07087, USA.
2. Plaintiff, Yipeng WANG, is a resident of 4 Barmouth Street, Manchester, UK, M11 3BZ.
3. Plaintiff, Weiguo WANG, is a resident of 4 Barmouth Street, Manchester, UK, M11 3BZ.
4. Plaintiff, Xiuling WEI, is a resident of 4 Barmouth Street, Manchester, UK, M11 3BZ.
5. Defendant, Jingping LONG is a resident of 17 Grand Hill Drive, Dover, MA, 02030, USA.

### Jurisdiction and Venue

6. This Court has jurisdiction over this matter based on diversity of citizenship under 28 U.S.C. § 1332. The Plaintiffs are residents of the State of New Jersey and the United Kindom, and the Defendant is a resident of the Commonwealth of Massachusetts. The amount in controversy exceeds $75,000, exclusive of interests and costs.
7. Venue is proper in the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. § 1391(b), as the Defendant resides within this district.

### Factual Background

8. On 6 August 2022, Defendant made an unannounced visit to the home of Plaintiffs Xiuling Wei and Weiguo Wang in the United Kingdom. The Defendant and the Plaintiffs had no prior relationship or contact before this unexpected visit.
9. Defendant stated the purpose of this visit was to discuss Plaintiffs' relationships with Anastassia Marchuk, a mutual friend.
10. Upon returning to the United States, Defendant began publishing false and harmful statements about the Plaintiffs on various internet forums. Defendant also accessed and obtained private property ownership information pertaining to the Plaintiffs through the HM Land Registry during July and August 2022, subsequently using this information to distort facts and create further

defamatory content. The volume of these defamatory posts is extensive, numbering well over 1000 across multiple websites and platforms. Despite the Plaintiffs' best efforts to have these posts removed, many remain online to date, causing ongoing harm. Some of these posts are listed below:

10.1. A deep dive into an international student and his corrupt parents (1-7)
    10.1.1. https://bbs.wenxuecity.com/studyabroad/6129768.html
    10.1.2. https://bbs.wenxuecity.com/60801305106/6131111.html
    10.1.3. https://bbs.wenxuecity.com/60801305106/6135348.html
    10.1.4. https://bbs.wenxuecity.com/60801305106/6136852.html
    10.1.5. https://bbs.wenxuecity.com/60801305106/6138121.html
    10.1.6. https://bbs.wenxuecity.com/60801305106/6138683.html
    10.1.7. https://bbs.wenxuecity.com/60801305106/6148684.html

10.2. Gossip of a corrupted female individual I saw recently
    10.2.1. https://club.6parkbbs.com/pk/index.php?app=forum&act=threadview&tid=14603478

10.3. Exposing a scammer and scumbag from Beswick, Manchester Mr Wang X X
    10.3.1. https://fishandchips.fans/t/topic/4765/

10.4. The scumbag from Beswick, Manchester
    10.4.1. https://fishandchips.fans/t/topic/4881/

10.5. If you were the boss, what do you think of this candidate?
    10.5.1. https://fishandchips.fans/t/topic/5069

10.6. Be careful when transferring money abroad. A teacher from Shenzhen University Law School illegally transferred money out of China and got into trouble.
    10.6.1. https://club.6parkbbs.com/nz/index.php?app=forum&act=threadview&tid=1316701

10.7. A gossip about an international student studying in the UK ruined her mother
    10.7.1. https://club.6parkbbs.com/life4/index.php?app=forum&act=threadview&tid=193536

10.8. Urgent sale! Luxury version of Mercedes-Benz SUV & 4-door E-Class. Low mileage, well maintained. Good price
    10.8.1. https://fishandchips.fans/t/topic/5119/

10.9. British deed is so hard to understand, can someone take a look
    10.9.1. https://fishandchips.fans/t/topic/5001/

10.10. A teacher from Shenzhen University Law School laundered money by sending his son to study in the UK
    10.10.1. https://club.6parkbbs.com/other/index.php?app=forum&act=threadview&tid=13333656

10.11. It is reported on the internet that a teacher from Shenzhen University Law School is urgently selling her properties in Manchester, UK because she is being investigated in China.

  10.11.1. https://club.6parkbbs.com/nz/index.php?app=forum&act=threadview&tid=1316753
11. Defendant also disclosed private information about the Plaintiffs, intending to violate their privacy, including but not limited to property ownership details (property deeds), car ownership details, Plaintiff's personal information, name, address, and employers.
12. In addition, the Defendant engaged in a pattern of harassing behavior towards the Plaintiffs. This includes:
    12.1. Repeated, unwanted attempts to contact the Plaintiffs through phone calls and emails using multiple numbers and addresses, despite requests to cease communication.
    12.2. Contacting Plaintiffs' employers and other third parties to spread false information and harm Plaintiffs' reputations.

**Cause of Action - Defamation**

12. Defendant's statements are false and were made with knowledge of their falsity or reckless disregard for the truth.
13. These statements were published to third parties with the intent to harm Plaintiffs' reputations.
14. As a result, Plaintiffs have suffered damages including:
    14.1. Injury to reputation in their personal and professional lives
    14.2. Emotional distress and suffering
    14.3. Physical distress and suffering
        14.3.1. As a direct and proximate result of the Defendant's actions, Plaintiff Weiguo WANG sustained bodily injury, including but not limited to a heart attack requiring hospitalization, severe depression, and the need for ongoing medical treatment.
        14.3.2. As a direct and proximate result of the Defendant's actions, Plaintiff Xiuling WEI sustained bodily injury, including but not limited to chronic pain, hypertension, and the need for ongoing medical diagnosis and treatment.

**Cause of Action - Invasion of Privacy**

15. The disclosure of Plaintiffs' private information, including but not limited to property ownership details (property deeds), car ownership details, Plaintiffs' personal information, names, addresses, and employers, was highly offensive and would be objectionable to a reasonable person.
    15.1. In a letter dated 23 April 2024, HM Land Registry confirmed that the Defendant had accessed and obtained the Land Registry Title Registers for properties owned by the Plaintiffs in the United Kingdom during July and August 2022.
    15.2. While accessing HM Land Registry Title Registers in the UK is not inherently illegal, the Defendant's actions constitute an abuse of this

system. The Defendant obtained this information with the intent to use it maliciously in his campaign to defame and harm the Plaintiffs.
16. The Defendant had no legitimate reason to disclose this private information.
17. Plaintiffs have suffered harm due to this invasion of privacy.
    17.1. including receiving unsolicited contacts from various agencies regarding properties for sale, marketing inquiries, and other unwanted communications.
    17.2. Combined with the defamatory nature of the posts the Defendant has made, these communications are further exacerbating the bodily and psychological harm suffered by the Plaintiffs.

**Cause of Action - Harassment**

18. Defendant's actions were intentional and undertaken with either knowledge of, or reckless disregard for, the severe emotional harm they would inflict upon the Plaintiffs. This has caused Plaintiffs to suffer significant emotional distress, anxiety, and fear, including, but not limited to, the following ways:
    18.1. Plaintiff Anastasiia MARCHUK experienced debilitating fear that prevented her from leaving her home for over a year, consistent with the effects of stalking behavior.
    18.2. Plaintiff Yipeng WANG's anxiety reached such severity that he felt unable to engage in normal communication, avoiding answering most phone calls due to the harassment he endured.

**Relief Requested**

WHEREFORE, Plaintiffs respectfully request this Court to:

1. **Issue a judgment finding Defendant liable for:**
   - Defamation
   - Invasion of Privacy
   - Harassment
2. **Award compensatory damages to each Plaintiff in the amount of ONE MILLION US Dollars.** The basis for these damages includes, but is not limited to:
   - Injury to reputation in their personal and professional lives
   - Emotional distress and suffering
   - Physical distress and suffering
   - Medical expenses incurred due to the Defendant's actions (Evidence will be provided at trial)
   - Lost wages or diminished earning capacity (Evidence will be provided at trial)
3. **Award punitive damages in the amount of ONE MILLION US Dollars.** Plaintiffs believe punitive damages are warranted due to the following reasons:

- The intentional and malicious nature of the Defendant's actions
- The severity of the harm caused to the Plaintiffs
- The Defendant's disregard for the Plaintiffs' rights

4. **Issue a restraining order or injunction preventing Defendant from any further contact or harassment of any Plaintiff.** This includes:
    - Phone calls and emails
    - Contact with third parties about the Plaintiffs
    - Physical stalking or following
5. **Issue an injunction preventing Defendant from making further defamatory statements or disclosing private information about any Plaintiff.**
    - This includes online forums, social media platforms, and any other public or private communication channels.
6. **Issue an injunction preventing Defendant from making further defamatory statements or disseminating any information obtained from the UK Land Registry regarding the Plaintiffs' properties.**
7. **Grant Plaintiffs costs of this suit and attorneys' fees.**

**Basis for Continuing Wrongs:**

The defamatory posts identified in paragraph 13 remain online as of the filing date of this complaint. Plaintiffs believe the Defendant may continue to make similar statements or disclose private information in the future. An injunction is necessary to prevent these ongoing harms.

**Jury Trial Demand**

Plaintiffs hereby demand a trial by jury on all issues so triable.

Dated:

Anastasiia MARCHUK                Weiguo WANG

Yipeng WANG                       Xiuling WEI