UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

**Anastasiia Marchuk,**
**Xiuling Wei,**
**Yipeng Wang,**
**Weiguo Wang,**
**Plaintiffs,**
v.
**Jingping Long,**
**Defendant.**

Case No.: 1:24-cv-11129

# DEFENDANT'S MOTION FOR SANCTIONS AGAINST PLAINTIFFS

## AND MEMORANDUM OF LAW IN SUPPORT THEREOF

## MOTION FOR SANCTIONS

Defendant, Jingping Long ("Defendant" or "D"), respectfully moves this Honorable Court to impose sanctions against Plaintiffs, for engaging in forum shopping, conducting a fishing expedition, and abusing the legal system. This motion is made pursuant to Federal Rule of Civil Procedure 11 and the Court's inherent powers and is supported by the following memorandum of law.

## MEMORANDUM OF LAW

## I. INTRODUCTION

Plaintiffs have persistently filed identical lawsuits in different jurisdictions and engaged in a systematic campaign of harassment and threats against Defendant. Such conduct constitutes forum shopping, a fishing expedition, and an abuse of the legal process, warranting the imposition of sanctions.

## II. BACKGROUND

Defendant knows Plaintiff Anastasiia Marchuk, who temporarily resides in the United States, but does not know and cannot confirm the identities of the other three Plaintiffs, who allegedly reside abroad.

As stated by Plaintiffs themselves, they initially filed an identical action in an English court but apparently did not get what they wanted (Defendant does not acknowledge the personal jurisdiction of the English court and references to the English court are not intended to concede such jurisdiction).

Subsequently, Plaintiffs filed this action in the United States, using the same materials and allegations.

Plaintiffs have engaged in a pattern of harassment against Defendant since March 2023, as well documented in case 1:24-cv-11743, including sending numerous harassing letters and emails to Defendant, Defendant's family, friends, former employers, and former colleagues, among others. These communications not only assert Defendant's guilt without evidence but also defame and threaten Defendant and his family members, including minors and elderly parents. Plaintiffs have also threatened to punish Defendant by their own means if court judgments do not satisfy them.

## III. ARGUMENT

### A. Forum Shopping

1. **Multiple Jurisdictions:** Plaintiffs have filed identical lawsuits in multiple jurisdictions, seeking a favorable outcome through forum shopping. This conduct undermines the integrity of the judicial process.
2. **Judicial Efficiency:** Such actions waste judicial resources and place an undue burden on Defendant, who must defend against the same claims in different courts.

### B. Fishing Expedition

1. **Lack of Evidence:** Plaintiffs have engaged in a fishing expedition, seeking to uncover evidence to support their claims without a factual basis. This is demonstrated by their premature assertions of Defendant's guilt and their indefinite pursuit of evidence.
2. **Abuse of Subpoenas:** Plaintiffs' misuse of subpoenas to "prove Defendant is responsible" without concrete evidence is improper and harassing.

### C. Harassment and Abuse of Legal Process

1. **Harassment:** Plaintiffs have systematically harassed Defendant through threats and defamatory communications to numerous individuals and entities.
2. **Abuse of Legal System:** Plaintiffs' conduct constitutes an abuse of the legal system, as they use litigation to intimidate and harass Defendant rather than seeking a legitimate resolution of their claims.

### D. Potential Fraud and Signature Discrepancies

1. **Fraud Allegations:** Defendant has alleged that Plaintiffs are potentially engaged in fraud in case 1:24-cv-11743.
2. **Signature Discrepancies:** By comparing the signatures of the first plaintiff, Anastasiia Marchuk, significant discrepancies are noticed, raising further concerns about the authenticity of the documents submitted by Plaintiffs.
3. **Request for Notarization:** Defendant has requested the court to mandate notarization of Plaintiffs' signatures to ensure the authenticity of their documents (see case 1:24-cv-

11743). This motion does not waive Defendant's request for such mandate and alerts the court to these potential issues.

## IV. CONCLUSION

For the foregoing reasons, Defendant respectfully requests that this Court impose sanctions against Plaintiffs for forum shopping, conducting a fishing expedition, and abusing the legal system. Such sanctions should include, but not be limited to, dismissal of the lawsuit, attorney's fees, and any other relief this Court deems appropriate. Additionally, the court should be aware of the potential fraud and signature discrepancies in the documents submitted by Plaintiffs.

**CERTIFICATE OF SERVICE**

I hereby certify that on _____, I served a true and correct copy of the foregoing Motion to Strike by _____ upon all counsel of record.

Respectfully submitted,

Jingping Long
Ph.D.

P. O. Box 581
Dover, MA 02030

Date: 07/29/2024